IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Donna R. Golden, | : | |
| | : | |
| | : | |
| Debtor. | : | Case No. 23-20274 |

### AFFIDAVIT OF INCOME

Donna R. Golden, Debtor in the within bankruptcy, states that she is employed as a Direct Support Person by Fayette Resources. From January 1, 2023, through the present, she/he has earned $10,075.00. She has no income from any other source.

Proof of Debtor's income is attached.

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that statements herein are made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsifications to authorities.

*Donna Lynea Golden*
_____
Donna R. Golden, Debtor

# Earnings Statement

**ADP**

FAYETTE RESOURCES INC.
ONE MILLENNIUM DRIVE, SUITE 2
UNIONTOWN, PA 15401
COMPANY PH#: 724-437-6461

| | |
|---|---|
| Period Beginning: | 01/30/2023 |
| Period Ending: | 02/12/2023 |
| Pay Date: | 02/17/2023 |

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

DONNA RENEA GOLDEN
906 BLACKSTONE AVENUE
CONNELLSVILLE PA 15425

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.3500 | 80.00 | 1,388.00 | 5,567.01 |
| Overtime | 26.0250 | 41.00 | 1,067.03 | 3,851.61 |
| Worked Holiday | | | | 656.40 |
| **Gross Pay** | | | **$2,455.03** | 10,075.02 |

Your federal taxable wages this period are $2,243.25

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -161.11 | 673.50 |
| Social Security Tax | | -146.69 | 602.57 |
| Medicare Tax | | -34.30 | 140.92 |
| PA State Income Tax | | -72.64 | 298.37 |
| North Union Income Tax | | -23.66 | 97.20 |
| PA SUI Tax | | -1.72 | 7.05 |
| **Other** | | | |
| Dental | | -9.03* | 36.12 |
| Local Srvc Tax | | -2.00 | 8.00 |
| Medical | | -80.00* | 320.00 |
| Union Dues | | -20.82 | 83.51 |
| 403(B) | | -122.75* | 503.75 |
| **Net Pay** | | **$1,780.31** | |
| Dirdep-Checking | | -1,780.31 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Wages | 2,455.03 | 10,075.02 |
| X | 1,388.00 | |
| Totl Hrs Worked | 121.00 | |
| Pto Balance | | 20.35 |

**Important Notes**
BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

---

FAYETTE RESOURCES INC.
ONE MILLENNIUM DRIVE, SUITE 2
UNIONTOWN, PA 15401
COMPANY PH#: 724-437-6461

| | |
|---|---|
| Advice number: | 00000070235 |
| Pay date: | 02/17/2023 |

Deposited to the account of
DONNA RENEA GOLDEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2448 | xxxx xxxx | $1,780.31 |



**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

FAYETTE RESOURCES INC.
ONE MILLENNIUM DRIVE, SUITE 2
UNIONTOWN, PA 15401
COMPANY PH#: 724-437-6461

Period Beginning: 01/16/2023
Period Ending: 01/29/2023
Pay Date: 02/03/2023

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

DONNA RENEA GOLDEN
906 BLACKSTONE AVENUE
CONNELLSVILLE PA 15425

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.3500 | 80.00 | 1,388.00 | 4,179.01 |
| Overtime | 26.0250 | 39.25 | 1,021.48 | 2,784.58 |
| Worked Holiday | | | | 656.40 |
| **Gross Pay** | | | **$2,409.48** | 7,619.99 |

Your federal taxable wages this period are $2,199.98

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -155.92 | 512.39 |
| | Social Security Tax | -143.87 | 455.88 |
| | Medicare Tax | -33.65 | 106.62 |
| | PA State Income Tax | -71.24 | 225.73 |
| | North Union Income Tax | -23.20 | 73.54 |
| | PA SUI Tax | -1.68 | 5.33 |
| | **Other** | | |
| | Dental | -9.03* | 27.09 |
| | Local Srvc Tax | -2.00 | 6.00 |
| | Medical | -80.00* | 240.00 |
| | Union Dues | -20.82 | 62.69 |
| | 403(B) | -120.47* | 381.00 |
| | **Net Pay** | **$1,747.60** | |
| | Dirdep-Checking | -1,747.60 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Wages | 2,409.48 | 7,619.99 |
| X | 1,388.00 | |
| Totl Hrs Worked | 119.25 | |
| Pto Balance | | 18.50 |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

\* Excluded from federal taxable wages

© 2000 ADP, Inc

---

FAYETTE RESOURCES INC.
ONE MILLENNIUM DRIVE, SUITE 2
UNIONTOWN, PA 15401
COMPANY PH#: 724-437-6461

Advice number: 00000050236
Pay date: 02/03/2023

Deposited to the account of
DONNA RENEA GOLDEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2448 | xxxx xxxx | $1,747.60 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

FAYETTE RESOURCES INC.
ONE MILLENNIUM DRIVE, SUITE 2
UNIONTOWN, PA 15401
COMPANY PH#: 724-437-6461

Period Beginning: 01/16/2023
Period Ending: 01/29/2023
Pay Date: 02/03/2023

Filing Status: Head of household
Exemptions/Allowances:
 Federal: Standard Withholding Table

DONNA RENEA GOLDEN
906 BLACKSTONE AVENUE
CONNELLSVILLE PA 15425

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.3500 | 80.00 | 1,388.00 | 4,179.01 |
| Overtime | 26.0250 | 39.25 | 1,021.48 | 2,784.58 |
| Worked Holiday | | | | 656.40 |
| **Gross Pay** | | | **$2,409.48** | 7,619.99 |

Your federal taxable wages this period are $2,199.98

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -155.92 | 512.39 |
| | Social Security Tax | -143.87 | 455.88 |
| | Medicare Tax | -33.65 | 106.62 |
| | PA State Income Tax | -71.24 | 225.73 |
| | North Union Income Tax | -23.20 | 73.54 |
| | PA SUI Tax | -1.68 | 5.33 |
| | **Other** | | |
| | Dental | -9.03* | 27.09 |
| | Local Srvc Tax | -2.00 | 6.00 |
| | Medical | -80.00* | 240.00 |
| | Union Dues | -20.82 | 62.69 |
| | 403(B) | -120.47* | 381.00 |
| **Net Pay** | | **$1,747.60** | |
| Dirdep-Checking | | -1,747.60 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Wages | 2,409.48 | 7,619.99 |
| X | 1,388.00 | |
| Totl Hrs Worked | 119.25 | |
| Pto Balance | | 18.50 |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 PA: Single
Exemptions/Allowances:
 PA: N/A

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

FAYETTE RESOURCES INC.
ONE MILLENNIUM DRIVE, SUITE 2
UNIONTOWN, PA 15401
COMPANY PH#: 724-437-6461

Advice number: 00000050236
Pay date: 02/03/2023

Deposited to the account of
DONNA RENEA GOLDEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2448 | xxxx xxxx | $1,747.60 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

```
CO.   FILE  DEPT.  CLOCK  VCHR. NO.
AD4   003748 000343   U    0000030235    1
```

FAYETTE RESOURCES INC.
ONE MILLENNIUM DRIVE, SUITE 2
UNIONTOWN, PA 15401
COMPANY PH#: 724-437-6461

Period Beginning: 01/02/2023
Period Ending:    01/15/2023
Pay Date:         01/20/2023

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

DONNA RENEA GOLDEN
906 BLACKSTONE AVENUE
CONNELLSVILLE PA 15425

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.3500 | 80.00 | 1,388.00 | 2,791.01 |
| Overtime | 26.0250 | 47.50 | 1,236.19 | 1,763.10 |
| Worked Holiday | | | | 656.40 |
| **Gross Pay** | | | **$2,624.19** | 5,210.51 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -180.39 | 356.47 |
| | Social Security Tax | -157.18 | 312.01 |
| | Medicare Tax | -36.76 | 72.97 |
| | PA State Income Tax | -77.83 | 154.49 |
| | North Union Income Tax | -25.36 | 50.34 |
| | PA SUI Tax | -1.84 | 3.65 |
| | **Other** | | |
| | Dental | -9.03* | 18.06 |
| | Local Srvc Tax | -2.00 | 4.00 |
| | Medical | -80.00* | 160.00 |
| | Union Dues | -20.82 | 41.87 |
| | 403(B) | -131.21* | 260.53 |
| | **Net Pay** | **$1,901.77** | |
| | Dirdep-Checking | -1,901.77 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,403.95

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Wages | 2,624.19 | 5,210.51 |
| X | 1,388.00 | |
| Totl Hrs Worked | 127.50 | |
| Pto Balance | | 16.65 |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:  Single
Exemptions/Allowances:
  PA:  N/A

* Excluded from federal taxable wages

---

FAYETTE RESOURCES INC.
ONE MILLENNIUM DRIVE, SUITE 2
UNIONTOWN, PA 15401
COMPANY PH#: 724-437-6461

Advice number: 00000030235
Pay date: 01/20/2023

Deposited to the account of
DONNA RENEA GOLDEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2448 | xxxx xxxx | $1,901.77 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

FAYETTE RESOURCES INC.
ONE MILLENNIUM DRIVE, SUITE 2
UNIONTOWN, PA 15401
COMPANY PH#: 724-437-6461

Period Beginning: 12/19/2022
Period Ending: 01/01/2023
Pay Date: 01/06/2023

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Standard Withholding Table

DONNA RENEA GOLDEN
906 BLACKSTONE AVENUE
CONNELLSVILLE PA 15425

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.3500 | 78.50 | 1,361.98 | 1,403.01 |
| Regular | 27.3500 | 1.50 | 41.03 | |
| Overtime | 26.0250 | 10.00 | 260.25 | 526.91 |
| Overtime | 41.0250 | 6.50 | 266.66 | |
| Worked Holiday | 27.3500 | 16.00 | 656.40 | 656.40 |
| **Gross Pay** | | | **$2,586.32** | 2,586.32 |

Your federal taxable wages this period are $2,367.97

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -176.08 | 176.08 |
| | Social Security Tax | -154.83 | 154.83 |
| | Medicare Tax | -36.21 | 36.21 |
| | PA State Income Tax | -76.66 | 76.66 |
| | North Union Income Tax | -24.98 | 24.98 |
| | PA SUI Tax | -1.81 | 1.81 |
| | **Other** | | |
| | Dental | -9.03* | 9.03 |
| | Local Srvc Tax | -2.00 | 2.00 |
| | Medical | -80.00* | 80.00 |
| | Union Dues | -21.05 | 21.05 |
| | 403(B) | -129.32* | 129.32 |
| **Net Pay** | | **$1,874.35** | |
| Dirdep-Checking | | -1,874.35 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Wages | 2,586.32 | 2,586.32 |
| X | 2,059.41 | |
| Totl Hrs Worked | 112.50 | |
| Pto Balance | | 14.80 |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:   Single
Exemptions/Allowances:
  PA:   N/A

* Excluded from federal taxable wages

---

FAYETTE RESOURCES INC.
ONE MILLENNIUM DRIVE, SUITE 2
UNIONTOWN, PA 15401
COMPANY PH#: 724-437-6461

Advice number: 00000010234
Pay date: 01/06/2023

Deposited to the account of
DONNA RENEA GOLDEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2448 | xxxx xxxx | $1,874.35 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**