IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Donna R. Golden | : | Case No. 23-20274-GLT |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Rocket Mortgage, LLC | : | Related to Doc. 57 |
| | : | |
| Movant(s) | : | Hearing Date: 10/13/26 at 10:00 a.m. |
| | : | |
| vs. | : | |
| Donna R. Golden, Richard Johnson, | : | |
| Kevin Golden, and Ronda J. Winnecour, | : | |
| Trustee | : | |
| Respondent(s) | : | |

TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Ronda J. Winnecour, Chapter 13 Standing Trustee, respectfully represents the following:

1. Rocket Mortgage, LLC, requested relief from stay with regard to the property located at 906 Blackstone Avenue Connellsville, Pennsylvania 15425-4208.

2. This case was filed on February 7, 2023, and the Meeting of Creditors was held on April 3, 2023.

3. Movant incorrectly states interest in the property located at 906 Blackstone Avenue Connellsville, Pennsylvania 15425-4208.

4. Creditor's Proof of Claim, filed March 3, 2023, provides loan information for the property located at 912 Blackstone Ave Connellsville, Pennsylvania 15425-4208. *See* claim 7 at 5; *see also* Doc. 57 at 8.

5. Debtor's Schedules state, *see* Doc. 16 at 13, that Movant has a claim of $105,513.00 regarding the property located at 912 Blackstone Ave Connellsville, Pennsylvania 15425-4208.

6. However, Movant has not indicated any claim against the property located

at 906 Blackstone Avenue Connellsville, Pennsylvania 15425-4208.

7. Movant's claim on the property located at 912 Blackstone Ave Connellsville Pennsylvania 15425-4208 is paid outside of the Chapter 13 Plan.

8. The Trustee has no objection to a relief from stay on the property located at 912 Blackstone Ave Connellsville, Pennsylvania 15425-4208.

WHEREFORE, the Trustee respectfully requests that the Motion be denied.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date: September 18, 2026

By: /s/ James C. Warmbrodt
James C. Warmbrodt, PA I.D. 42524
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
jwarmbrodt@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Donna R. Golden | : | Case No. 23-20274-GLT |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Rocket Mortgage, LLC | : | Related to Doc. 57 |
| | : | |
| Movant(s) | : | Hearing Date: 10/13/26 at 10:00 a.m. |
| | : | |
| vs. | : | |
| Donna R. Golden, Richard Johnson, | : | |
| Kevin Golden, and Ronda J. Winnecour, | : | |
| Trustee | : | |
| Respondent(s) | : | |

CERTIFICATE OF SERVICE

I hereby certify that on the 18th of September 2026, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Office of the U.S. Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222

Donna R. Golden
Richard Johnson
Kevin Golden
906 Blackstone Avenue
Connellsville, PA 15425

Daniel P. Foster
8 Nickman Plaza
Lemont Furnace, PA 15456

Brent Lemon. Esquire
325-41 Chestnut Street, Suite 725
Philadelphia, PA 19106

/s/Rosa M. Richard
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com